IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY, BOYD L. RICHIE in his capacity as Chairman of the Texas Democratic Party, FRANK JOSEPH and BRETT ROSENTHAL, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-2117-P |
| DALLAS COUNTY, TEXAS and BRUCE SHERBET in his capacity as Election Administrator for Dallas County, Texas, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pursuant to the Court's Order of April 17, 2009, the three judge panel's orders of December 17, 2009 and September 8, 2009, and the United States Supreme Court's remand instructions of October 3, 2011, final judgment is issued as follows:

1) The Section 2 and Section 5 claims by the individual Plaintiffs Frank Joseph and Brett Rosenthal are dismissed for lack of standing;

2) The Section 2 and Section 5 claims by the Texas Democratic Party and Boyd Ritchie, as chairman of the Texas Democratic Party, brought on behalf of the Texas Democratic Party members are dismissed for lack of standing;

3) The Texas Democratic Party's Section 2 claims are dismissed with prejudice;

4) The Texas Democratic Party's Section 5 claim requesting injunctive relief prohibiting Dallas County from holding elections using the iVotronic machines and from using its method of counting ballots during a manual recount of votes cast using the iVotronic machines until it obtains

preclearance from the Attorney General was granted by the three judge panel in its December 17, 2009 order. However, that relief is now moot in light of the subsequent preclearance by the Attorney General; and

    5) Costs are assessed against Defendants.

    6) Attorneys' Fees are awarded pursuant to the Court's Order of December 23, 2010.

    IT IS SO ORDERED.

Signed this \_\_\_23rd\_\_\_ day of \_\_\_April\_\_\_, 2012.

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE